UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA E. CHAVARRIA, <br><br> Plaintiff, <br><br> vs. <br><br> RADIUS GLOBAL SOLUTIONS, LLC. <br><br> Defendant. | ) CASE NO: <br> ) <br> ) <br> ) <br> ) <br> ) **COMPLAINT** <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collections Practices Act, 15 U.S.C. §1692 *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C § 1191(b).

## PARTIES

4. Plaintiff is a natural person who at all relevant times has resided in Kissimmee, Florida, and is a "consumer" as the phrase is defined under 15 U.S.C. §1692(a) of the FDCPA.

5. Defendant Radius Global Solutions, LLC. ("RGS" or "Defendant"), is a corporation that regularly conducts business in Florida. Defendant is a "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA in that they regularly attempt to collect on debts primarily incurred for personal, family or household purposes.

## **FACTUAL STATEMENT**

6. On a date better known to Defendant, Plaintiff Chavarria allegedly incurred a debt.

7. The debt allegedly incurred was for personal, familial, and household purposes.

8. The debt was then transmitted to RGS for collections.

9. In an attempt to collect the debt, Defendant sent Plaintiff a collection letter dated September 4th, 2021.

10. The letter was not sent from Defendant itself; Defendant utilized a third-party vendor to send the letter.

11. In doing so, Defendant disclosed Plaintiff's personal information to a third party in violation of the FDCPA, including the fact that Plaintiff owed a debt.

## **COUNT I**
## **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**
## **15 U.S.C. § 1692 *et seq.***

12. Plaintiff repeats, re-alleges, and re-asserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

13. Defendant's actions are in violation of 15 U.S.C. § 1692c(b).

WHEREFORE, Plaintiff, Maria E. Chavarria, respectfully requests that this Court do the following for the benefit of Plaintiff:

    A. Enter judgment against Defendant for statutory damages pursuant to the FDCPA;

    B. Award costs and reasonable attorneys' fees;

    C. Grant such other and further relief as may be just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

Dated this 28th day of December, 2021

                                              Respectfully Submitted,

                                              /s/ Matthew Fornaro
                                              Matthew Fornaro
                                              Matthew Fornaro, P.A.
                                              11555 Heron Bay Boulevard, Suite 200
                                              Coral Springs, Florida 33076
                                              (T) 954-324-3651
                                              Attorney for Plaintiff